IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BOARD OF TRUSTEES of the ROCKFORD PIPE TRADES INDUSTRY PENSION FUND; | ) ) ) | |
| BOARD OF TRUSTEES of the PLUMBERS & PIPE FITTERS, LOCAL 23, U.A. HEALTH & WELFARE FUND; | ) ) ) | CIVIL ACTION |
| BOARD OF TRUSTEES of the PLUMBERS & PIPE FITTERS, LOCAL 23, U.A. JOURNEYMAN AND APPRENTICE TRAINING FUND; | ) ) ) | NO. 10-CV-3581 |
| PLUMBERS & PIPE FITTERS, LOCAL 23, U.A.; | ) | |
| PIPING INDUSTRY COUNCIL OF THE ROCKFORD AREA; | ) ) | |
| BOARD OF TRUSTEES of the ROCKFORD PIPE TRADES INDUSTRY 401(K) PLAN; and | ) ) | MAGISTRATE JUDGE: KIM |
| BOARD OF TRUSTEES of the ROCKFORD PIPE TRADES LMCC, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| FIORENZA ENTERPRISES, INC. d/b/a SERVICE PLUMBING, | ) ) ) | |
| Defendant. | ) | |

**PLAINTIFFS' MOTION FOR FINAL JUDGMENT**

Now come Plaintiffs, the BOARD OF TRUSTEES of the ROCKFORD PIPE TRADES INDUSTRY PENSION FUND, *et al.,* by and through their attorneys, JOHNSON & KROL, LLC, and move for entry of Final Judgment in favor of the Plaintiffs and against Defendants FIORENZA ENTERPRISES, INC. d/b/a SERVICE PLUMBING and in support the Plaintiffs state as follows:

1. The Plaintiffs are the BOARD OF TRUSTEES of the ROCKFORD PIPE TRADES INDUSTRY PENSION FUND; BOARD OF TRUSTEES of the PLUMBERS & PIPE FITTERS, LOCAL 23, U.A. HEALTH & WELFARE FUND; BOARD OF TRUSTEES

1

of the PLUMBERS & PIPE FITTERS, LOCAL 23, U.A. JOURNEYMAN AND APPRENTICE TRAINING FUND; PLUMBERS & PIPE FITTERS, LOCAL 23, U.A.; PIPING INDUSTRY COUNCIL OF THE ROCKFORD AREA; BOARD OF TRUSTEES of the ROCKFORD PIPE TRADES INDUSTRY 401(K) PLAN; and BOARD OF TRUSTEES of the ROCKFORD PIPE TRADES LMCC.

2. Defendant is FIORENZA ENTERPRISES, INC. d/b/a SERVICE PLUMBING ("FIORENZA"), an Illinois Corporation.

3. On March 18, 2011, this Court entered partial Summary Judgment in favor of the Plaintiffs and against the Defendant FIORENZA. (Docket Entry No. 51).

4. In the Court's Order, the Honorable Magistrate Judge Kim held that the Defendant FIORENZA is bound by the terms of the Collective Bargaining Agreement and the Trust Agreements. *Id.* In so doing, the Court held that the Plaintiffs were owed unpaid contributions in the amount of $28,129.05 through July 2010, liquidated damages in the amount of $2,406.45, interest in the amount of $2,969.68 and attorney's fees and costs in the amount of $14,729.70. *Id.*

5. Additional contributions, liquidated damages and interest is owed by FIORENZA for the period of August 1, 2010 through March 31, 2011.

6. At the hearing conducted on April 1, 2011, Counsel for Plaintiffs and Counsel for Defendant agreed that the additional contributions, liquidated damages and interest owed to the Plaintiffs could most accurately be determined through a payroll compliance audit. The Court ordered that the audit be scheduled and conducted within three (3) weeks. (Docket Entry No. 52).

7. Pursuant to the Court's Order, the payroll compliance audit was conducted on April 18, 2011. (A copy of the audit is attached as Exhibit 1).

8. The payroll compliance audit revealed that during the period of August 1, 2010 through March 31, 2011, that the Defendant FIORENZA had failed to submit contributions to the Plaintiffs in the aggregate amount of $46,442.13. (An Affidavit executed by the Auditor is attached as Exhibit 2; *See* Exhibit1).

9. As a result of the unpaid contributions revealed by the payroll compliance audit, Defendant FIORENZA also owes the Plaintiffs $2,322.10 in liquidated damages and $1,180.62 in interest charges. (Exhibits 1 and 2).

10. The auditor expended $706.85 conduct the audit. (Exhibits 1 and 2).

11. The aggregate additional amount owed by the Defendant FIORENZA to the Plaintiffs is $50,651.70. When combining this amount with the amount already determined to be owed by the Defendant FIORENZA in the Court's March 18, 2011 opinion ($48,234.88), the total amount owed by the Defendant FIORENZA is $98,886.58.

12. The Plaintiffs have submitted a proposed Final Judgment along with this Motion to the Court.

WHEREFORE, Plaintiffs pray that this Honorable Court enter Final Judgment in favor of the Plaintiffs in the aggregate amount of $98,886.58 and for other relief that this Court finds to be just and equitable.

          Respectfully submitted,

By: /s/ Jeffrey A. Krol – 6300262
    One of Plaintiffs' Attorneys

Jeffrey A. Krol
JOHNSON & KROL, LLC
300 S. Wacker Drive, Suite 1313
Chicago, Illinois 60606
(312) 372-8587